Writ of Habeas Corpus Denied, Opinion issued January 3, 2013



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01387-CV

## IN RE TRACY NIXON, Relator

Original Proceeding from the 301st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 00-14691-T

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Murphy
Opinion by Justice Murphy

Relator alleges the trial court erred in confining him for contempt. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. Accordingly, we **DENY** relator's petition for writ of habeas corpus. *See* TEX. R. APP. P. 52.8(a); *Ex parte Barnett*, 600 S.W.2d 252, 254 (Tex. 1980) (orig. proceeding).

_____
MARY MURPHY
JUSTICE

121387F.P05